Complaint, Exhibit 4.

**U.S. Patent No. US 9,300,723 v. Vivint Inc.**
**Claims 1, 6, 8, 9, 12, 17, 19, 20, 22, 27, 30, 32, 37, 39, 42, 47, 49, 50.**

Complaint, Exhibit 4.

### 1. Claim Chart

| Claim | Analysis |
|-------|----------|
| [1.P] A media system, comprising: | Vivint ("Company") makes, uses, sells, and/or offers to sell a media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company offers a Home Security System that comprises a Smart Hub ("media system") that allows users to watch live camera feeds, close the garage, lock and unlock doors, control a smart thermostat, or turn on an alarm system.<br><br><br><br>Source: https://www.vivint.com/packages/home-security |

Complaint, Exhibit 4.



SMART HOME CONTROL

**Vivint Smart Hub** gives you complete control in your home

Watch live camera feeds, close the garage, lock and unlock your doors, or turn on your alarm system—right from the Smart Hub.

Source: https://www.vivint.com/packages/home-automation

EXCLUSIVE TECHNOLOGY

# One connected system

If your home security system isn't easy to use, you'll never use it. That's why all of our security and automation products like locks, cameras, lighting, and thermostats connect on a simple platform that you control from the app or the hub. And they work seamlessly with smart voice assistants like Amazon Alexa and Google Assistant.

Source: https://www.vivint.com/packages/home-security

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.1] at least one media terminal disposed in an accessible relation to at least one interactive computer network, | Company provides at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart thermostat is connected ("accessible relation") to the Vivint smart hub ("one media terminal") through the Z-wave smart home protocol ("at least one interactive computer network"). |
|---|---|

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.2] a wireless range | Company provides a wireless range structured to permit authorized access to said at least one interactive computer network. |
|---|---|

Complaint, Exhibit 4.

| structured to permit authorized access to said at least one interactive computer network, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the thermostat device with the smart hub, the thermostat device must be within the range of 100 meters ("a wireless range") of the Z-wave protocol. Further, Z-Wave network and devices in the Z-wave network are identified with their respective unique IDs. The unique IDs prevents unauthorized devices to access the Z-wave network. Therefore, upon information and belief, the thermostat devices that are within the wireless range of the Z-wave protocol are structured to permit authorized access to pair with the smart hub.<br><br>While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.<br><br>Source: https://www.z-wave.com/learn<br><br>In terms of identification and authorization, each Z-Wave network is identified by a network ID and each end device is identified with a node ID. The unique network ID prevents, for example, one Z-Wave-equipped house from controlling devices in another similarly equipped house.<br><br>Source: https://www.techtarget.com/iotagenda/definition/Z-Wave<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] at least one media node | Company provides at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal. |

Complaint, Exhibit 4.

| | |
|---|---|
| disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart hub is paired to the thermostat ("one media node") when it is located within the range of the Z-Wave protocol ("disposable within said wireless range"). Further, during pairing, the smart hub searches for the nearby thermostat devices to get paired ("one media node is detectable by said at least one media terminal").<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.4] at least one digital media file initially disposed on at least one of said at least one media terminal or | Company provides at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the thermostat to the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, when the thermostat's side button is held for 6 seconds, it starts searching ("said at least one media terminal being structured to detect said at least one media node") |

7

Complaint, Exhibit 4.

| said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range, | for the Z-wave network, and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub.<br><br>Furthermore, once the thermostat is connected to the smart hub, the smart hub allows users to control the thermostat by providing various functionalities on the smart hub such as changing room temperature, selecting different modes, and adjusting heating types. Therefore, it would be apparent to a person having ordinary skill in the art that the smart hub stores the settings to adjust the temperature on the thermostat.<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.



Complaint, Exhibit 4.

<table>
<tr>
<td></td>
<td>

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td>
</tr>
<tr>
<td>

[1.5]   a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation

</td>
<td>

Company provides a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network, where said communication link being initiated by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, to pair the thermostat to the smart hub, 'smart home devices' settings are selected on the hub. Further, "Z-wave" and "Add Node" settings are selected to pair with the thermostat ("said communication link being initiated by said at least one media terminal"). Further, when the pairing process is complete, a link ("communicative relation") is established between the thermostat and the smart hub via Z-wave protocol ("said at least one interactive computer network") such that the user adjusts the temperature on the thermostat via the smart hub.

</td>
</tr>
</table>

Complaint, Exhibit 4.

| | |
|---|---|
| with one another via said at least one interactive computer network, said communication link being initiated by said at least one media terminal, | One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.

This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.

Below are some of the most popular smart home protocols:

- Z-Wave

Source: https://www.vivint.com/resources/article/smart-home-technologies-guide

## Smart home hub

Think of a smart hub as the heart of your house — it connects all smart devices to create the right home automation experience.

Through the Vivint Smart Hub, you can control your door locks, view real-time camera footage of your home, and adjust the temperature — all through a single control panel.

Source: https://www.vivint.com/resources/article/smart-home-technologies-guide

### Pair a thermostat to the panel/hub:

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).
8. Go down to **Installer**.
9. Select **Network**.
10. Select **Connect**. |

Complaint, Exhibit 4.

| | |
|---|---|
| | Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.6] said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link, and | Company provides at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the pairing process is complete, the smart hub allows the users to adjust the temperature settings for the thermostat directly from the smart hub. When the user modifies the room temperature using the smart hub, the adjusted temperature is reflected on the connected thermostat device as the target temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the modified temperature instruction ("digital media file") is transmitted from the smart hub to the thermostat via the established link.<br><br><br><br>User adjusting temperature to 73° F via smart hub |

Complaint, Exhibit 4.

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=NT36UmzH1A0, at 0:10 (annotated)<br><br><br><br>Source: https://www.youtube.com/watch?v=NT36UmzH1A0, at 0:57 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.7] said communication link is structured to bypass at least one media terminal security measure for a limited permissible | Company provides a media system, wherein said communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the devices are paired, a link is established between them, enabling the users to adjust the thermostat's temperature settings directly from the smart hub without the need to regularly pair the devices. As pairing is not necessary each time to make temperature adjustments via the smart hub, it would be apparent to a person having ordinary skill in the art that the established communication link is designed to bypass security measures related to the smart hub. Additionally, the adjusted temperature is reflected on the smart hub as the target temperature ("displaying the at least one digital media file on, the at least one media terminal"). |

Complaint, Exhibit 4.

| | |
|---|---|
| use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal. | **Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br># Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

displaying the at least one digital media file on, the at least one media terminal

14

Complaint, Exhibit 4.

| [6]     The system of claim 1, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection. | Company provides the system of claim 1, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart home devices such as the thermostat communicates wirelessly with the smart hub using Z-Wave protocol ('peer-to-peer connection').<br><br>## Specs<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave ————— Peer-to-peer connection<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated)<br><br>## Pair a thermostat to the panel/hub:<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [8] The system of claim 1, further comprising presenting the at least one digital media file on a display. | Company provides the system of claim 1, further comprising presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the adjusted temperature reading is reflected on the smart hub ("presenting the at least one digital media file on a display").<br><br>**Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [9] The system of claim 1, | Company provides the system of claim 1, wherein the at least one digital media file is provided by the at least one media node. |

Complaint, Exhibit 4.

| | |
|---|---|
| wherein the at least one digital media file is provided by the at least one media node. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat provides features to adjust the temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the digital media file is provided by the media node.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [12] A media system configured to receive a media file from a wireless mobile device over communicati | Vivint ("Company") makes, uses, sells and/or offers to sell a media system configured to receive a media file from a wireless mobile device over communication network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company offers a Home security system which comprises a Smart Hub ("media system") which is further paired with smart devices such as door locks, security camera and, thermostat ("wireless mobile device") via Z-Wave Technology ("communication network"). Since the smart hub and the thermostat are fully integrated, therefore, the reading on/measured by the thermostat ("media file") is reflected ("configured to receive") on the smart hub. |

Complaint, Exhibit 4.



| on network, comprising: | PROFESSIONALLY DESIGNED ALARM SYSTEMS <br><br> # Home security systems customized for your home <br><br> All of our products work together to create a fully-integrated home security system customized for your home. Every door, window, and blind spot is covered. <br><br> Source: https://www.vivint.com/packages/home-security <br><br> **Vivint Smart Hub** - Adjust Thermostat <br><br> *How to adjust the thermostat temperature from the Smart Hub:* <br> 1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar. <br><br> Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated) |

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Complaint, Exhibit 4.

| | | |
|---|---|---|
| | | Source: https://www.vivint.com/products/smart-thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.1]       a<br>wireless<br>receiver; | | Company provides a wireless receiver.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reading on/measured by the thermostat is reflected on the smart hub via Z-Wave network. Therefore, it would be apparent to a person having ordinary skill in the art that a wireless receiver is embedded inside the smart hub.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat<br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Complaint, Exhibit 4.

| | |
|---|---|
| [12.2]     a security measure; and | Company provides a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network, and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub. Therefore, the pairing procedure between the smart hub and the thermostat indicates a presence of a security measure.<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br><br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br><br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br><br>4. Select **Smart Home Devices**.<br><br>5. Select **Z-Wave**.<br><br>6. Select **Add Node**.<br><br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>8. Go down to **Installer**.<br><br>9. Select **Network**.<br><br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.3]     the media system disposed in an accessible relation to at | Company provides the media system disposed in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Complaint, Exhibit 4.

| least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, | For example, to pair ("accessible relation") the smart hub and the thermostat, the devices must be within a range of 100 meters ("a wireless range structured to permit authorized access") of the Z-wave protocol ("computer network"). Further, Z-Wave network and devices in the Z-wave network are identified with their respective unique IDs. The unique IDs prevents unauthorized devices to access the Z-wave network. Therefore, upon information and belief, the thermostat devices that are within the wireless range of the Z-wave protocol are structured to permit authorized access to pair with the smart hub. |
|---|---|
| | While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.

Source: https://www.z-wave.com/learn

In terms of identification and authorization, each Z-Wave network is identified by a network ID and each end device is identified with a node ID. The unique network ID prevents, for example, one Z-Wave-equipped house from controlling devices in another similarly equipped house.
Source: https://www.techtarget.com/iotagenda/definition/Z-Wave |

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Source: https://www.vivint.com/products/smart-thermostat (annotated)

Complaint, Exhibit 4.

| | |
|---|---|
| | ## Specs<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave<br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.4]    the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system, | Company provides the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat ("the wireless mobile device"). Further, the thermostat's side button is held for 6 seconds to make it detectable for pairing with the hub ("said wireless mobile device is detectable by said media system"). |

Complaint, Exhibit 4.

<table>
<tr>
<td></td>
<td>



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td>
</tr>
<tr>
<td>

[12.5] at least one digital media file initially disposed on the wireless mobile device, said media system being structured to detect said wireless mobile

</td>
<td>

Company provides a system wherein at least one digital media file initially disposed on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the thermostat displays a current temperature and a target temperature ("digital media file initially disposed on the wireless mobile device") and the same reading is reflected on the smart hub.

Further, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Furthermore, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network ("said media system being structured to detect said wireless mobile device within said wireless range"), and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub.

</td>
</tr>
</table>

Complaint, Exhibit 4.

| | |
|---|---|
| device disposed within said wireless range, | 

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

## Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.



Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat |

Complaint, Exhibit 4.



| | |
|---|---|
| | **Pair a thermostat to the panel/hub:** — Media system / Wireless mobile device<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.6]    a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least | Company provides a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network and said communication link being initiated by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the thermostat with the smart hub, 'smart home devices' settings are selected on the hub. Further, "Z-wave" and "Add Node" settings are selected to pair with the thermostat ("said communication link being initiated by said at least one media system").<br><br>Further, when the pairing process is complete, a link ("communicative relation") is established between the thermostat and the smart hub via Z-wave protocol ("said at least one interactive computer network"). |

Complaint, Exhibit 4.

| | |
|---|---|
| one interactive computer network, said communication link being initiated by said media system, | **Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.<br><br>This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.<br><br>Below are some of the most popular smart home protocols:<br><br>• Z-Wave<br><br>Source: https://www.vivint.com/resources/article/smart-home-technologies-guide<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.7] said wireless mobile device and | Company provides a system for transmitting by said wireless mobile device and media system being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Complaint, Exhibit 4.

| | |
|---|---|
| media system being structured to transmit said at least one digital media file therebetween via said communication link, and | For example, after the pairing process is complete, the temperature measured by the thermostat, is reflected on the bottom of the smart hub screen. Therefore, it would be apparent to a person having ordinary skill in the art that the thermostat constantly syncs ("transmit said at least one digital media file therebetween via said communication link") the temperature reading with the smart hub.<br><br>**What is a smart thermostat?** —<br><br>A smart thermostat, like the Vivint Smart Thermostat, uses built-in features like GPS, in-home sensors, and your personal preferences to automatically adjust your home's temperature. It also integrates with your smart home technology, allowing you to control your temperature from anywhere.<br><br>Source: https://www.vivint.com/products/smart-thermostat<br><br>## Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1.  From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Complaint, Exhibit 4.

| [12.8] said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system. | Company provides a system wherein said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the devices are paired, a link is established between them, enabling the users to adjust the thermostat's temperature settings both from the thermostat and the smart hub as they are integrated with each other. As pairing is not necessary each time to make temperature adjustments via the smart hub, it would be apparent to a person having ordinary skill in the art that the established communication link is designed to bypass security measures related to the smart hub. Additionally, the temperature reading from the connected thermostat device is constantly synced and reflected on the smart hub ("displaying the at least one digital media file on, the media system").<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.



| | |
|---|---|
| | **Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [17]   The system    of claim     12, wherein    the communicati on  link  is at least one of a peer-to-peer connection, bluetooth connection, | Company provides the system of claim 12, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart home devices such as thermostat communicate wirelessly with the smart hub using Z-Wave ('peer-to-peer connection"). |

Complaint, Exhibit 4.

| | |
|---|---|
| and a WiFi connection. | **Specs**<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave — Peer-to-peer connection<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated)<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave.**<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [19]   The system   of claim   12, further comprising | Company provides the system of claim 12, further comprising presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Complaint, Exhibit 4.

| | |
|---|---|
| presenting the at least one digital media file on a display. | For example, the temperature reading is reflected on the smart hub ("displaying the at least one digital media file on, the media system").<br><br>**Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br><br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [20]    The system of claim    12, wherein the at least    one digital media file    is provided    by the    wireless | Company provides the system of claim 12, wherein the at least one digital media file is provided by the wireless mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat provides features to adjust the temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the digital media file is provided by the media node. |

Complaint, Exhibit 4.



| mobile device. | **Vivint Smart Hub - Adjust Thermostat** |

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Media file

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

2. The temperature the thermostat is heating or cooling to will be displayed in the center. The current temperature in the home will be the smaller number on the edge of the circle. If you have more than one thermostat you will need to select the thermostat you want to adjust before you can change any settings.

Adjust Temperature

3. If the thermostat mode in the lower left corner is set to **Heat and Cool** you will need to tap on the orange or blue dot to change their temperature settings using the **Plus (+)** and **Minus(-)** icons.

Complaint, Exhibit 4.

| | |
|---|---|
| | Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [22.P]     A method    of transferring a media    file from         a wireless mobile device  to  a media system over         a communication   network, the    media | Vivint ("Company") performs and/or induces others to perform a method of transferring a media file from a wireless mobile device to a media system over a communication network, the media system including a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company offers a Home security system which comprises a Smart Hub ("media system") which is paired with smart devices such as door locks, security camera and, thermostat ("wireless mobile device") via Z-Wave Technology ("communication network"). Since the smart hub and the thermostat are fully integrated therefore, the reading on/measured by the thermostat ("media file") is reflected on the smart hub. The pairing procedure between the smart hub and the thermostat indicates a presence of a security measure. |

Complaint, Exhibit 4.

| system including a security measure, comprising: | <br>Source: https://www.vivint.com/packages/home-security<br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated) |

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

Source: https://wwwassets.s3.amazonaws.com/global/vivint.com/Support/images/Vivint_SmartHubV2_GettingStartedGuide_ENU%20-%20revA.2.pdf , Page 13

Source: https://www.vivint.com/products/smart-thermostat

Complaint, Exhibit 4.

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|
| [22.1] disposing the media system in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is | Company performs and/or induces others to perform a step of disposing the media system in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair ("accessible relation") the smart hub and the thermostat, the devices must be within a range of 100 meters ("a wireless range") of the Z-wave protocol ("computer network"). Further, Z-Wave network and devices in the Z-wave network are identified with their respective unique IDs. The unique IDs prevents unauthorized devices to access the Z-wave network. Therefore, upon information and belief, the thermostat devices that are within the wireless range of the Z-wave protocol are structured to permit authorized access to pair with the smart hub.<br><br>Further, on the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, the thermostat's side button is held for 6 seconds to make it detectable for pairing with the hub ("wireless mobile device is detectable by said media system").<br><br>While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.<br><br>Source: https://www.z-wave.com/learn |

Complaint, Exhibit 4.

| detectable by said media system, | In terms of identification and authorization, each Z-Wave network is identified by a network ID and each end device is identified with a node ID. The unique network ID prevents, for example, one Z-Wave-equipped house from controlling devices in another similarly equipped house.<br><br>Source: https://www.techtarget.com/iotagenda/definition/Z-Wave<br><br>**Pair a thermostat to the panel/hub:**    ← Media System<br>← Mobile device<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

39

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [22.2] initially disposing at least one | Company performs and/or induces others to perform a step of initially disposing at least one digital media file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range. |
| --- | --- |

Complaint, Exhibit 4.

| digital media file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat displays a current temperature and a target temperature ("initially disposing at least one digital media file on the wireless mobile device") and the same reading is reflected on the smart hub.<br><br>Further, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Furthermore, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network ("said media system being structured to detect said wireless mobile device disposed within said wireless range"), and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.



**Vivint Smart Hub - Adjust Thermostat**

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

**Pair a thermostat to the panel/hub:** ── Media system

Wireless mobile device

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).
8. Go down to **Installer**.
9. Select **Network**.
10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Complaint, Exhibit 4.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [22.3] structuring a communication link to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network, initiating said communication link by said media system, | Company performs and/or induces others to perform a step of structuring a communication link to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network, initiating said communication link by said media system.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, to pair the thermostat with the smart hub, 'smart home devices' settings are selected on the hub. Further, "Z-wave" and "Add Node" settings are selected to pair with the thermostat ("initiating said communication link by said media system").

Further, when the pairing process is complete, a link ("communicative relation") is established between the thermostat and the smart hub via Z-wave protocol ("said at least one interactive computer network").

**Pair a thermostat to the panel/hub:**

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).
8. Go down to **Installer**.
9. Select **Network**.
10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.

| | |
|---|---|
| | One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.<br><br>This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.<br><br>Below are some of the most popular smart home protocols:<br><br>• Z-Wave<br><br>Source: https://www.vivint.com/resources/article/smart-home-technologies-guide<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [22.4] transmitting by said wireless mobile device to the media system said at least one digital media file therebetween via said communication link, and | Company performs and/or induces others to perform a step of transmitting by said wireless mobile device to the media system said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br>For example, after the pairing process is complete, the temperature measured by the thermostat, is reflected on the bottom of the smart hub screen. Therefore, it would be apparent to a person having ordinary skill in the art that the thermostat constantly syncs ("transmitting by said wireless mobile device to the media system said at least one digital media file") the temperature reading with the smart hub.<br><br>**What is a smart thermostat?**                                                   –<br><br>A smart thermostat, like the Vivint Smart Thermostat, uses built-in features like GPS, in-home sensors, and your personal preferences to automatically adjust your home's temperature. It also integrates with your smart home technology, allowing you to control your temperature from anywhere.<br><br>Source: https://www.vivint.com/products/smart-thermostat |

Complaint, Exhibit 4.

<table>
<tr><td></td><td>

### Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.



Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td></tr>
<tr><td>

[22.5] wherein said communication link is structured to bypass the security measure of the media system for a limited permissible use of the

</td><td>

Company performs and/or induces others to perform a step wherein said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, once the devices are paired, a link is established between them, enabling the users to adjust the thermostat's temperature settings both from the thermostat and the smart hub as they are integrated with each other. As pairing is not necessary each time to make temperature adjustments via the smart hub, it would be apparent to a person having ordinary skill in the art that the established communication link is structured to bypass the security measure related to the smart hub. Additionally, the temperature reading from the connected thermostat device is constantly synced and reflected on the smart hub ("displaying the at least one digital media file on, the media system").

</td></tr>
</table>

Complaint, Exhibit 4.

| communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system. | ### Pair a thermostat to the panel/hub: 1. Unlock the unit's Installer Toolbox from the Site Manager software. 2. From the panel/hub home screen, select the menu icon (...) then **Software Version**. 3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox. 4. Select **Smart Home Devices**. 5. Select **Z-Wave**. 6. Select **Add Node**. 7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds). 8. Go down to **Installer**. 9. Select **Network**. 10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

# Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*
1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.



                digital media file on, the media system

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated) |

Complaint, Exhibit 4.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [27]     The method     of claim     22, wherein     the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection. | Company performs and induces others to perform the method of claim 22, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart home devices such as thermostat communicate wirelessly with the smart hub using Z-Wave ('peer-to-peer connection").<br><br>**Specs**<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave ——— Peer-to-peer connection<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated) |

Complaint, Exhibit 4.

| | |
|---|---|
| | **Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [29]   The method of claim 22, further comprising presenting the at least one digital media file on a display. | Company performs and induces others to perform the method of claim 22, further comprising presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the temperature reading is reflected on the smart hub ("presenting the at least one digital media file on a display"). |

Complaint, Exhibit 4.

<table>
<tr>
<td></td>
<td>

## Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.



 ⟵ Media file on display

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td>
</tr>
<tr>
<td>

[30]   The method   of claim   22, wherein the at least   one digital media file   is provided   by the   wireless mobile device.

</td>
<td>

Company performs and induces others to perform the method of claim 22, wherein the at least one digital media file is provided by the wireless mobile device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the thermostat provides features to adjust the temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the digital media file is provided by the media node.

</td>
</tr>
</table>

Complaint, Exhibit 4.



# Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Media file

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

2. The temperature the thermostat is heating or cooling to will be displayed in the center. The current temperature in the home will be the smaller number on the edge of the circle. If you have more than one thermostat you will need to select the thermostat you want to adjust before you can change any settings.

Adjust Temperature

3. If the thermostat mode in the lower left corner is set to **Heat and Cool** you will need to tap on the orange or blue dot to change their temperature settings using the **Plus** (+) and **Minus**(-) icons.

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Complaint, Exhibit 4.

| | |
|---|---|
| | <br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [32.P] A wireless mobile device configured to transmit a media file to a media system over a communication network having a security measure comprising: | Vivint ("Company") makes, uses, sells and/or offers to sell a wireless mobile device configured to transmit a media file to a media system over a communication network having a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company offers a Home security system which comprises a Smart Hub ("media system") which is paired with smart devices such as door locks, security camera and, thermostat ("wireless mobile device") via Z-Wave Technology ("communication network"). Since the smart hub and the thermostat are fully integrated therefore, the reading on/measured by the thermostat ("media file") is reflected on the smart hub. The pairing procedure between the smart hub and the thermostat indicates a presence of a security measure. |

Complaint, Exhibit 4.



Source: https://www.vivint.com/packages/home-security

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

Source:
https://wwwassets.s3.amazonaws.com/global/vivint.com/Support/images/Vivint_SmartHubV2_GettingStartedGuide_ENU%20-%20revA.2.pdf , Page 13

Source: https://www.vivint.com/products/smart-thermostat

Complaint, Exhibit 4.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [32.1]     the media system disposed in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, | Company provides the media system disposed in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair ("accessible relation") the smart hub and the thermostat, the devices must be within a range of 100 meters ("a wireless range") of the Z-wave protocol ("computer network"). Further, Z-Wave network and devices in the Z-wave network are identified with their respective unique IDs. The unique IDs prevents unauthorized devices to access the Z-wave network. Therefore, upon information and belief, the thermostat devices that are within the wireless range of the Z-wave protocol are structured to permit authorized access to pair with the smart hub.<br><br>While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.<br><br>Source: https://www.z-wave.com/learn<br><br>In terms of identification and authorization, each Z-Wave network is identified by a network ID and each end device is identified with a node ID. The unique network ID prevents, for example, one Z-Wave-equipped house from controlling devices in another similarly equipped house.<br>Source: https://www.techtarget.com/iotagenda/definition/Z-Wave |

Complaint, Exhibit 4.

**Pair a thermostat to the panel/hub:** ← Media system

1. Unlock the unit's Installer Toolbox from the Site Manager software.

2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.

3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.

4. Select **Smart Home Devices**.

5. Select **Z-Wave**.

6. Select **Add Node**.

7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).

8. Go down to **Installer**.

9. Select **Network**.

10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

## Specs

Color: White
Size: 4.5″ h x 4.5″ w x 0.9″ d
Weight: 10.1 oz (with batteries)
Power: 4 AA batteries or 24V AC wired from HVAC system
Screen: On-screen control
Sensors: Temperature, humidity, proximity, and ambient light
Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal
Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling
Connectivity: Z-Wave

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [32.2]   the wireless | Company provides the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system. |

Complaint, Exhibit 4.

| | |
|---|---|
| mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, the thermostat's side button is held for 6 seconds to make it detectable for pairing with the hub ("wireless mobile device is detectable by said media system").<br><br>While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.<br><br>Source: https://www.z-wave.com/learn<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [32.3] at least one digital media file initially disposed on the wireless mobile device, said media system being structured to detect said wireless | Company provides at least one digital media file initially disposed on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat displays a current temperature and a target temperature ("digital media file initially disposed on the wireless mobile device") and the same reading is reflected on the smart hub.<br><br>Further, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Furthermore, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network ("said media system being structured to detect said wireless mobile device within said wireless range"), and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub. |

Complaint, Exhibit 4.

| | |
|---|---|
| mobile device disposed within said wireless range, | <br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>## Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat |

Complaint, Exhibit 4.

<table>
<tr>
<td></td>
<td>

**Pair a thermostat to the panel/hub:** — Media system

Wireless mobile device

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).
8. Go down to **Installer**.
9. Select **Network**.
10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.
</td>
</tr>
<tr>
<td>

[32.4]      a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one
</td>
<td>

Company provides a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network, said communication link being initiated by said media system.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, to pair the thermostat with the smart hub, 'smart home devices' settings are selected on the hub. Further, "Z-wave" and "Add Node" settings are selected to pair with the thermostat ("said communication link being initiated by said at least one media system").

Further, when the pairing process is complete, a link ("communicative relation") is established between the thermostat and the smart hub via Z-wave protocol ("said at least one interactive computer network").
</td>
</tr>
</table>

Complaint, Exhibit 4.

| interactive computer network, said communication link being initiated by said media system, | **Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.<br><br>This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.<br><br>Below are some of the most popular smart home protocols:<br><br>• Z-Wave<br><br>Source: https://www.vivint.com/resources/article/smart-home-technologies-guide<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [32.5]   said wireless mobile device   and media system | Company provides said wireless mobile device and media system being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Complaint, Exhibit 4.

| | |
|---|---|
| being structured to transmit said at least one digital media file therebetween via said communication link, and | For example, after the pairing process is complete, the temperature measured by the thermostat, is reflected on the bottom of the smart hub screen. Therefore, it would be apparent to a person having ordinary skill in the art that the thermostat constantly syncs ("transmit said at least one digital media file therebetween via said communication link") the temperature reading with the smart hub.<br><br>**What is a smart thermostat?** −<br><br>A smart thermostat, like the Vivint Smart Thermostat, uses built-in features like GPS, in-home sensors, and your personal preferences to automatically adjust your home's temperature. It also integrates with your smart home technology, allowing you to control your temperature from anywhere.<br><br>Source: https://www.vivint.com/products/smart-thermostat<br><br>## Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>   1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Complaint, Exhibit 4.

| | |
|---|---|
| [32.6] said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system. | Company provides said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the devices are paired, a link is established between them, enabling the users to adjust the thermostat's temperature settings both from the thermostat and the smart hub as they are integrated with each other. As pairing is not necessary each time to make temperature adjustments via the smart hub, it would be apparent to a person having ordinary skill in the art that the established communication link is designed to bypass security measures related to the smart hub. Additionally, the temperature reading from the connected thermostat device is constantly synced and reflected on the smart hub ("displaying the at least one digital media file on, the media system").<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [37] The system of claim 32, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection. | Company provides the system of claim 32, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart home devices such as thermostat communicate wirelessly with the smart hub using Z-Wave ('peer-to-peer connection"). |

Complaint, Exhibit 4.

| | |
|---|---|
| | ## Specs<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave ——— Peer-to-peer connection<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated)<br><br>### Pair a thermostat to the panel/hub:<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [39]     The system     of claim    32, further comprising presenting | Company provides the system of claim 32, further comprising presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the temperature reading is reflected on the smart hub ("presenting the at least one digital media file on a display.") |

Complaint, Exhibit 4.

| | |
|---|---|
| the at least one digital media file on a display. | **Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [40] The system of claim 32, wherein the at least one digital media file is provided by the wireless mobile device. | Company provides the system of claim 32, wherein the at least one digital media file is provided by the wireless mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat provides features to adjust the temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the digital media file is provided by the media node. |

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Complaint, Exhibit 4.

<table>
<tr>
<td></td>
<td>



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company
</td>
</tr>
<tr>
<td>[42]   A transfer system from transferring a media file over a communicati on network, comprising a media system; and a wireless mobile device, wherein the</td>
<td>

Vivint ("Company") makes, uses, sells and/or offers to sell a wireless mobile device configured to transmit a media file to a media system over a communication network having a security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Company offers a Home security system which comprises a Smart Hub ("media system") which is paired with smart devices such as door locks, security camera and, thermostat ("wireless mobile device") via Z-Wave Technology ("communication network"). Since the smart hub and the thermostat are fully integrated therefore, the reading on/measured by the thermostat ("media file") is reflected on the smart hub. The pairing procedure between the smart hub and the thermostat indicates a presence of a security measure.
</td>
</tr>
</table>

Complaint, Exhibit 4.



| media system includes: | |
|---|---|

**PROFESSIONALLY DESIGNED ALARM SYSTEMS**

# Home security systems customized for your home

All of our products work together to create a fully-integrated home security system customized for your home. Every door, window, and blind spot is covered.

Source: https://www.vivint.com/packages/home-security

## Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Jul 26 12:59 PM | 85°

Everything looks good. Your home is ready to arm.

Disarmed

Front Deadbolt

65°

Media System

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Complaint, Exhibit 4.



Source: https://www.vivint.com/products/smart-thermostat (annotated)

## Specs

Color: White
Size: 4.5″ h x 4.5″ w x 0.9″ d
Weight: 10.1 oz (with batteries)
Power: 4 AA batteries or 24V AC wired from HVAC system
Screen: On-screen control
Sensors: Temperature, humidity, proximity, and ambient light
Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal
Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling
Connectivity: Z-Wave

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Complaint, Exhibit 4.

|  | The Vivint Smart Hub offers integrated, intelligent home automation and communication with smart connected devices* that can be accessed and controlled either directly at the panel or remotely with the Vivint apps.<br><br>Source:<br>https://wwwassets.s3.amazonaws.com/global/vivint.com/Support/images/Vivint_SmartHubV2_GettingStartedGuide_ENU%20-%20revA.2.pdf , Page 13<br><br>**What is a smart thermostat?**<br><br>A smart thermostat, like the Vivint Smart Thermostat, uses built-in features like GPS, in-home sensors, and your personal preferences to automatically adjust your home's temperature. It also integrates with your smart home technology, allowing you to control your temperature from anywhere.<br><br>Source: https://www.vivint.com/products/smart-thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.1]    a wireless receiver, | Company provides a wireless receiver.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the reading on/measured by the thermostat is reflected on the smart hub via Z-Wave network. Therefore, it would be apparent to a person having ordinary skill in the art that a wireless receiver is embedded inside the smart hub. |

Complaint, Exhibit 4.



**Vivint Smart Hub - Adjust Thermostat**

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Media file

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

2. The temperature the thermostat is heating or cooling to will be displayed in the center. The current temperature in the home will be the smaller number on the edge of the circle. If you have more than one thermostat you will need to select the thermostat you want to adjust before you can change any settings.

Adjust Temperature

3. If the thermostat mode in the lower left corner is set to **Heat and Cool** you will need to tap on the orange or blue dot to change their temperature settings using the **Plus (+)** and **Minus (-)** icons.

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

**Pair a thermostat to the panel/hub:**

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [42.2]      a security measure; and | Company provides a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Complaint, Exhibit 4.

|  | For example, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network, and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub. Therefore, the pairing procedure between the smart hub and the thermostat indicates a presence of a security measure.<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.2]      a processor configured to | Company provides a processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart hub receives the information from sensors such as thermostat and allows the user to adjust the temperature accordingly. Therefore, it would be apparent to a person having ordinary skill in the art that a processor is embedded inside the smart hub to process the gathered information. |

Complaint, Exhibit 4.



Source: https://www.vivint.com/packages/home-automation (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [42.3] the media system disposed in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, | Company provides the media system disposed in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, to pair ("accessible relation") the smart hub and the thermostat, the devices must be within a range of 100 meters ("a wireless range structured to permit authorized access") of the Z-wave protocol ("computer network"). Further, Z-Wave network and devices in the Z-wave network are identified with their respective unique IDs. The unique IDs prevents unauthorized devices to access the Z-wave network. Therefore, upon information and belief, the thermostat devices that are within the wireless range of the Z-wave protocol are structured to permit authorized access to pair with the smart hub. |

Complaint, Exhibit 4.

While Z-Wave has a range of 100 meters or 328 feet in open air, building materials reduce that range, it is recommended to have a Z-Wave device roughly every 30 feet, or closer for maximum efficiency. The Z-Wave signal can hop roughly 600 feet, and Z-Wave networks can be linked together for even larger deployments. Each Z-Wave network can support up to 232 Z-Wave devices allowing you the flexibility to add as many devices as you'd like to make sure your Smart Home is working it's hardest.

Source: https://www.z-wave.com/learn

In terms of identification and authorization, each Z-Wave network is identified by a network ID and each end device is identified with a node ID. The unique network ID prevents, for example, one Z-Wave-equipped house from controlling devices in another similarly equipped house.

Source: https://www.techtarget.com/iotagenda/definition/Z-Wave

One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.

This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.

Below are some of the most popular smart home protocols:

- Z-Wave

Source: https://www.vivint.com/resources/article/smart-home-technologies-guide

Complaint, Exhibit 4.

| | |
|---|---|
| | **Pair a thermostat to the panel/hub:** — Media terminal<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br><br>2. From the panel/hub home screen, select the menu icon (…) then **Software Version**.<br><br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br><br>4. Select **Smart Home Devices**.<br><br>5. Select **Z-Wave**.<br><br>6. Select **Add Node**.<br><br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>8. Go down to **Installer**.<br><br>9. Select **Network**.<br><br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>**Specs**<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.4]   the wireless | Company provides the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system. |

Complaint, Exhibit 4.

| | |
|---|---|
| mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Further, the thermostat's side button is held for 6 seconds to make it detectable for pairing with the hub ("wireless mobile device is detectable by said media system").<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.5] at least one digital media file initially disposed on the wireless mobile device, said media system | Company provides at least one digital media file initially disposed on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat displays a current temperature and a target temperature ("digital media file initially disposed on the wireless mobile device") and the same reading is reflected on the smart hub. |

Complaint, Exhibit 4.

| | |
|---|---|
| being structured to detect said wireless mobile device disposed within said wireless range, | Further, to pair the thermostat and the smart hub, 'smart home devices' settings followed by "Z-wave" and "Add Node" settings are selected on the hub to pair with the thermostat. Furthermore, when the thermostat's side button is held for 6 seconds, it becomes detectable for the Z-wave network ("said media system being structured to detect said wireless mobile device within said wireless range"), and upon clicking the Connect button for the searched network, the thermostat is paired with the smart hub.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.



# Vivint Smart Hub - Adjust Thermostat

*How to adjust the thermostat temperature from the Smart Hub:*

1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.

Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat

## Pair a thermostat to the panel/hub:

Media system

Wireless mobile device

1. Unlock the unit's Installer Toolbox from the Site Manager software.
2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.
3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.
4. Select **Smart Home Devices**.
5. Select **Z-Wave**.
6. Select **Add Node**.
7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).
8. Go down to **Installer**.
9. Select **Network**.
10. Select **Connect**.

Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Complaint, Exhibit 4.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.6] a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network, said communication link being initiated by said media system, | Company provides a communication link structured to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network, said communication link being initiated by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the thermostat with the smart hub, 'smart home devices' settings are selected on the hub. Further, "Z-wave" and "Add Node" settings are selected to pair with the thermostat ("said communication link being initiated by said at least one media system").<br><br>Further, when the pairing process is complete, a link ("communicative relation") is established between the thermostat and the smart hub via Z-wave protocol ("said at least one interactive computer network").<br><br>**Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br>8. Go down to **Installer**.<br>9. Select **Network**.<br>10. Select **Connect**.<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat |

Complaint, Exhibit 4.

| | |
|---|---|
| | One of the biggest benefits of smart home protocols is they can connect seamlessly to your mobile device or a central control panel like the Vivint Smart Hub.<br><br>This means you can use your smartphone or smart hub to do things like arm your security system, adjust the room's temperature, or lock the doors.<br><br>Below are some of the most popular smart home protocols:<br><br>• Z-Wave<br><br>Source: https://www.vivint.com/resources/article/smart-home-technologies-guide<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.7] said wireless mobile device and media system being structured to transmit said at least one digital media file therebetween via said communication link, and | Company provides said wireless mobile device and media system being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the pairing process is complete, the temperature measured by the thermostat, is reflected on the bottom of the smart hub screen. Therefore, it would be apparent to a person having ordinary skill in the art that the thermostat constantly syncs ("transmit said at least one digital media file therebetween via said communication link") the temperature reading with the smart hub.<br><br>**What is a smart thermostat?** —<br><br>A smart thermostat, like the Vivint Smart Thermostat, uses built-in features like GPS, in-home sensors, and your personal preferences to automatically adjust your home's temperature. It also integrates with your smart home technology, allowing you to control your temperature from anywhere.<br><br>Source: https://www.vivint.com/products/smart-thermostat |

Complaint, Exhibit 4.

| | |
|---|---|
| | ## Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>   1.  From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [42.8] said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communicati | Company provides said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the devices are paired, a link is established between them, enabling the users to adjust the thermostat's temperature settings directly from the smart hub without the need to regularly pair the devices. As pairing is not necessary each time to make temperature adjustments via the smart hub, it would be apparent to a person having ordinary skill in the art that the established communication link is designed to bypass security measures related to the smart hub. Additonally, the adjusted temperature from the connected thermostat device is reflected on the smart hub as the target temperature ("displaying the at least one digital media file on, the media system."). |

Complaint, Exhibit 4.

| | |
|---|---|
| on link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system. | **Pair a thermostat to the panel/hub:**<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>## Vivint Smart Hub - Adjust Thermostat<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br>Media file on display<br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [47]   The system   of | Company provides the system of claim 42, wherein the communication link is at least one of a peer-to-peer connection, Bluetooth connection, and a WiFi connection. |

Complaint, Exhibit 4.

| | |
|---|---|
| claim 42, wherein the communication link is at least one of a peer-to-peer connection, 83luetooth connection, and a WiFi connection. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the smart home devices such as thermostat communicate wirelessly with the smart hub using Z-Wave ('peer-to-peer connection").<br><br>## Specs<br><br>Color: White<br>Size: 4.5″ h x 4.5″ w x 0.9″ d<br>Weight: 10.1 oz (with batteries)<br>Power: 4 AA batteries or 24V AC wired from HVAC system<br>Screen: On-screen control<br>Sensors: Temperature, humidity, proximity, and ambient light<br>Supported Fuels: Natural gas, propane, electric, fuel oil, and geothermal<br>Compatibility: Works with conventional forced air, radiant, and heat pump, with up to 3 stages of heating and up to 2 stages of cooling<br>Connectivity: Z-Wave — Peer-to-peer connection<br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat (annotated)<br><br>## Pair a thermostat to the panel/hub:<br><br>1. Unlock the unit's Installer Toolbox from the Site Manager software.<br>2. From the panel/hub home screen, select the menu icon (...) then **Software Version**.<br>3. Use the 4-digit code that appeared in Site Manager after unlocking the Installer Toolbox.<br>4. Select **Smart Home Devices**.<br>5. Select **Z-Wave**.<br>6. Select **Add Node**.<br>7. On the thermostat, hold the Vivint Smart Thermostat's side button down for about 6-10 seconds (there is a screen that will pop up after 2 seconds, the second Installer screen will pop up at about 6 seconds).<br><br>Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |

Complaint, Exhibit 4.

| | |
|---|---|
| [49]   The system   of claim   42, further comprising presenting the  at  least one   digital media file on a display. | Company provides the system of claim 42, further comprising presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the temperature reading is reflected on the smart hub ("presenting the at least one digital media file on a display").<br><br>**Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br>1.  From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company |
| [50]   The system   of claim   32, wherein the at least   one digital media file   is | Company provides the system of claim 32, wherein the at least one digital media file is provided by the wireless mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the thermostat provides features to adjust the temperature. Therefore, it would be apparent to a person having ordinary skill in the art that the digital media file is provided by the media node. |

Complaint, Exhibit 4.

| provided by the wireless mobile device. | **Vivint Smart Hub - Adjust Thermostat**<br><br>*How to adjust the thermostat temperature from the Smart Hub:*<br><br>1. From the home screen of the Smart Hub display, press the **Temperature** display icon on the bottom menu bar.<br><br><br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat<br><br>2. The temperature the thermostat is heating or cooling to will be displayed in the center. The current temperature in the home will be the smaller number on the edge of the circle. If you have more than one thermostat you will need to select the thermostat you want to adjust before you can change any settings.<br><br><br><br>3. If the thermostat mode in the lower left corner is set to **Heat and Cool** you will need to tap on the orange or blue dot to change their temperature settings using the **Plus (+)** and **Minus(-)** icons.<br><br>Source: https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat (annotated) |

Complaint, Exhibit 4.



Source: https://support.vivint.com/article/Smart-Properties-Element-Thermostat

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company

Complaint, Exhibit 4.

## 2. List of References

1. https://www.vivint.com/packages/home-security, last accessed on 05th February, 2023.
2. https://www.vivint.com/products/smart-thermostat, last accessed on 05th February, 2023.
3. https://www.vivint.com/resources/article/smart-home-technologies-guide, last accessed on 05th February, 2023.
4. https://support.vivint.com/article/Smart-Properties-Element-Thermostat, last accessed on 05th February, 2023.
5. https://support.vivint.com/article/Smart-Hub-Adjust-Thermostat, last accessed on 05th February, 2023.
6. https://www.youtube.com/watch?v=NT36UmzH1A0, last accessed on 05th February, 2023.
7. https://support.vivint.com/article/element-change-temperature, last accessed on 05th February, 2023.
8. https://www.z-wave.com/learn, last accessed on 05th February, 2023.
9. https://www.techtarget.com/iotagenda/definition/Z-Wave, last accessed on 05th February, 2023.