IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>VIVINT, INC.,<br><br>   Defendant. | § § § § § § § § § § | Case No. 2:24-cv-00098-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Vivint, Inc., files this Notice of Appearance of Counsel and shows:

1. Vivint, Inc. desires to designate Andy Tindel as additional counsel for Vivint, Inc. in the above referenced civil action.

2. Andy Tindel is a member in good standing of the bar of the United States District Court for the Eastern District of Texas.  The information required by E. DIST. TEX. LOC. CT. R. CV-11 for appearing counsel is as follows:

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

All notices, orders or other filings concerning the above referenced civil action may be delivered to Andy Tindel via the contact information listed above.

Dated: April 3, 2024

Respectfully submitted,

*/s/ Andy Tindel*

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:   (903) 596-0900
Fax:   (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR DEFENDANT VIVINT, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. DIST. TEX. LOC. CT. R. CV-5(a)(3) on this the 3rd day of April, 2024. Any other counsel of record will be served via electronic transmission.

*/s/ Andy Tindel*
Andy Tindel