UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-98

Name of party requesting extension: Vivint, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 2/14/2024

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other ____ days

New Deadline Date: 04/20/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: David Aaron Nelson
State Bar No.: 6209623
Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Phone: +1 312-705-7465
Fax: +1 312-705-7401
Email: davenelson@quinnemanuel.com

A certificate of conference does not need to be filed with this unopposed application.