**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § | |
| | § | CIVIL ACTION NO. 2:23-cv-00585-JRG-RSP |
| *Plaintiff*, | § | (Lead Case) |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00098-JRG-RSP |
| | § | (Member Case) |
| ROCHE DIABETES CARE, LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Display Technologies, LLC ("Plaintiff"). (Dkt. No. 23.) In the Notice, Plaintiff represents that Defendant Vivint, Inc. is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action between Plaintiff and Vivint in the above-captioned cases are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** lead case 2:23-cv-00585-JRG-RSP and **CLOSE** member case 2:24-cv-00098-JRG-RSP as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of May, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE